papers. For the reasons set forth in the dissenting opinion of Senior Judge Colins, such omissions in the context of this particular case do not constitute material defects warranting the removal of the signatures. Moreover, the interspersal of the challenged signatures among others dated in 2012 supports a common sense deduction that the challenged signatures also occurred in that year and negates any concern that the omissions "call into question the identity of the signatory or compromise the integrity of the election process." *In re Nomination Petition of Gales,* —— Pa. ——, 54 A.3d 855, 859 (2012).

Further, consistent with the Commonwealth Court's explanation in its Supplemental Opinion of September 28, 2012, the reversal of its order pertaining to these 1,424 signatures will result in the dismissal of the objections to the nomination papers. Accordingly, we need not address the merits of the additional issue raised on appeal to resolve the matter in a timely fashion.

The case is remanded for further proceedings. Jurisdiction is relinquished.

Earl MORGAN, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA, Attorney General Office, Commonwealth of Pennsylvania, Respondents.

No. 127 EM 2012.

Supreme Court of Pennsylvania.

Oct. 11, 2012.

**ORDER**

PER CURIAM.

AND NOW, this 11th day of October, 2012, the Application for Leave to File

Original Process is **GRANTED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests a writ of mandamus directing the lower court to dispose of Petitioner's pending filings, it is **GRANTED**. The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending filings within 90 days of this order. In all other respects, the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

Margaret HOWARD and Robert Howard, Co–Executors of the Estate of John C. Ravert, Deceased, Respondents

v.

A.W. CHESTERTON CO., Ace Hardware Corp., Monsey Products Co., Pecora Corp. and Union Carbide Corp.

Petition of Pecora Corp.

Supreme Court of Pennsylvania.

Oct. 11, 2012.

**ORDER**

PER CURIAM.

AND NOW, this 11th day of October 2012, the Cross–Petition for Allowance of Appeal is **GRANTED**. The issues for argument, rephrased for clarity, are:

(1) Does the Superior Court's holding, which permits a plaintiff who fails to produce sufficient evidence of regularity, frequency and proximity of exposure to a defendant's specific asbestos containing product to defeat summary judgment by submitting generic, non-casespecific expert affidavits, conflict with this Court's holding in *Gregg v. V–J Auto Parts*, 596 Pa. 274, 943 A.2d 216 (2007)?

(2) Does the Superior Court's holding that a plaintiff need not produce evidence that a defendant's asbestos-containing product produced dust conflict with this Court's holding in *Gregg v. V–J Auto Parts*, 596 Pa. 274, 943 A.2d 216 (2007)?

**Margaret HOWARD and Robert Howard, Co–Executors of the Estate of John C. Ravert, Deceased, Respondents**

v.

**A.W. CHESTERTON CO., Ace Hardware Corp., Monsey Products Co., Pecora Corp. and Union Carbide Corp.**

**Petition of Ace Hardware Corp.**

Supreme Court of Pennsylvania.

Oct. 11, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of October 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues for argument, rephrased for clarity, are:

(1) Does the Superior Court's holding, which permits a plaintiff who fails to produce sufficient evidence of regularity, frequency and proximity of exposure to a defendant's specific asbestos containing product to defeat summary judgment by submitting generic, non-casespecific expert affidavits, conflict with this Court's holding in *Gregg v. V–J Auto Parts*, 596 Pa. 274, 943 A.2d 216 (2007)?

(2) Does the Superior Court's holding that a plaintiff need not produce evidence that a defendant's asbestos-containing product produced dust conflict with this Court's holding in *Gregg v. V–J Auto Parts*, 596 Pa. 274, 943 A.2d 216 (2007)?

**Margaret HOWARD and Robert Howard, Co–Executors of the Estate of John C. Ravert, Deceased, Respondents**

v.

**A.W. CHESTERTON CO., Ace Hardware Corp., Monsey Products Co., Pecora Corp. and Union Carbide Corp.**

**Petition of Monsey Products Co.**

Supreme Court of Pennsylvania.

Oct. 11, 2012.